UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 19-06979
Jeffrey Donald Schwartz and Harriett Wendy Schwartz  )
)  Chapter: 13
)  Honorable LaShonda Hunt
)
)
Debtor(s)  )

## Order Confirming Plan

The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 21, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter:

*LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: June 10, 2019