## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 19-06979 |
| --- | --- | --- | --- |
| Jeffrey Schwartz | ) | | |
| Harriett Wendy Schwartz | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | David D. Cleary |

### AMENDED NOTICE OF MOTION

**To:** Jeffrey & Harriet Schwartz, 1121 Little Falls Dr, Elgin, IL, 60120

Marilyn O. Marshall, 224 S. Michigan Ave. #800, Chicago, IL, 60604

Office of the US Trustee, 219 S. Dearborn, Suite 873, Chicago, IL 60604

SEE ATTACHED SERVICE LIST OF ALL CREDITORS

**PLEASE TAKE NOTICE** that on **April 13, 2020 at 1:30 p.m.** I shall appear before the Honorable Judge **David D. Cleary** at 219 S. Dearborn St., Courtroom 644, Chicago IL 60604 and then and there present the attached **MOTION TO MODIFY CONFIRMED PLAN**, a copy of which is attached hereto. A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

**By:** _/s/ Dale Riley_
Dale Riley

### CERTIFICATE OF SERVICE

I, Dale Riley, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, for 55 E. Monroe, Suite 3400, Chicago, Illinois, on 3/31/2020.

**By:** _/s/Dale Riley_
Dale Riley

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960

Advocate Medical Group
C/O State Collection Service
PO Box 6250
Madison WI 53716-0250

AMEX
Attn: Bankruptcy Dept.
Po Box 297871
Fort Lauderdale FL 33329

Associates in Psychiatry and Counseling
C/o Merchants Credit Guide Co.
223 W. Jackson Blvd., Ste. 900
Chicago IL 60606

Bayview Financial LOAN
Attn: Bankruptcy Dept.
4425 Ponce De Leon Blvd
Coral Gables FL 33146

Clerk, Chancery
18 CH 15032
50 W. Washington St., Room 802
Chicago IL 60602

Wirbicki Law
Bankruptcy Dept.
33 W. Monroe, #1140
Chicago IL 60603

Bright Light Medical Imaging
Billing Department
31 S Arlington Heights Rd
Elk Grove Village IL 60007

Cabelas Club
C/O Portfolio Recovery Assoc.
120 Corporate Blvd., Ste. 100
Norfolk VA 23502

Capital One
Bankruptcy Dept.
PO Box 30285
Salt Lake City UT 84130

CAP1/Bstby
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa IL 60045

Capital ONE N.A.
C/O Midland Funding
2365 Northside Dr Ste 30
San Diego CA 92108

Capital ONE, N.A.
Attn: Bankruptcy Dept.
Po Box 26625
Richmond VA 23261

Cavalry Portfolio SPV I
Bankruptcy Dept
PO Box 1030
Hawthorne NY 10532

Clerk, Third Mun Div
19 M3 000618
2121 Euclid Ave #121
Rolling Meadows IL 60008

Keith Scott Schindler
Bankruptcy Dept.
1990 E. Algonquin, #180
Schaumburg IL 60173

CEP America Illinois LLP
C/O Wakefield & Associates
PO Box 59003
Knoxville TN 37950

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington DE 19850

MRS Associates of New Jersey
Bankruptcy Dept.
1930 Olney Ave.
Cherry Hill NJ 08003

Chase MTG
Attn: Bankruptcy Dept.
Po Box 24696
Columbus OH 43224

CITI
Attn: Bankruptcy Dept.
Po Box 6190
Sioux Falls SD 57117

Comenitybank/Meijer
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington DE 19850

Elgin Internal Medical Associates
C/O Merchants Credit Guide Co.
223 W. Jackson Blvd., Ste. 900
Chicago IL 60606

Elgin Internal Medical Associates
745 Fletcher Dr
Elgin IL 60123

Exxnmobil/CBNA
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls SD 57117

HSBC BANK Nevada N.A.
C/O JH Portfolio DEBT EQUI
5757 Phantom Dr Ste 225
Hazelwood MO 63042

Illinois Gastro Enterology Group
C/O Keynote Consulting
220 W Campus Drive # 102
Arlington Heights IL 60004

LANE BRYANT RETAIL/SOA
Attn: Bankruptcy Dept.
450 Winks Ln
Bensalem PA 19020

Midland Funding, LLC
Bankruptcy Department
8875 Aero Drive, # 200
San Diego CA 92123

Clerk, Third Mun Div
18 M3 007678
2121 Euclid Ave #121
Rolling Meadows IL 60008

Blitt and Gaines, PC
Bankruptcy Dept.
661 Glenn Ave.
Wheeling IL 60090

Midwest Bone and Joint
C/O ATG Credit, LLC
PO Box 14895
Chicago IL 60614

Portfolio Recovery Assoc.
Riverside Commerce Center
120 Corporate Blvd., Ste. 100
Norfolk VA 23502

Clerk, Third Mun Div
19 M3 000539
2121 Euclid Ave #121
Rolling Meadows IL 60008

Blitt and Gaines, PC
Bankruptcy Dept.
661 Glenn Ave.
Wheeling IL 60090

Quest Diagnostics
C/O Credit Collection Services
PO Box 55126
Boston MA 02205

Quest Diagnostics
Attn: Bankruptcy Dept
PO Box 740397
Cincinnati OH 45274

Syncb/ASHLEY HOMESTORE
Attn: Bankruptcy Dept.
950 Forrer Blvd
Kettering OH 45420

Syncb/BP DC
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

Syncb/CAR CARE DISC TI
Attn: Bankruptcy Dept.
Po Box 965036
Orlando FL 32896

Syncb/HOME SHOPPING
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

Syncb/JTV
Attn: Bankruptcy Dept.
Po Box 965036
Orlando FL 32896

Syncb/SAMS CLUB DC
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

Syncb/SCORE REWARDS DC
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

Synchrony BANK
C/O Portfolio Recov Assoc
120 Corporate Blvd Ste 1
Norfolk VA 23502

Synchrony BANK
C/O Midland Funding
2365 Northside Dr Ste 30
San Diego CA 92108

Synchrony BANK
C/O Cavalry Portfolio SERV
Po Box 27288
Tempe AZ 85285

TD BANK USA/Targetcred
Attn: Bankruptcy Dept.
Po Box 673
Minneapolis MN 55440