**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| In Re: | ) | Case No: | 19-06979 |
|---|---|---|---|
| Jeffrey Schwartz | ) | | |
| Harriett Wendy Schwartz | ) | Chapter: | Chapter 13 |
| | ) | | |
| Debtors | ) | Judge: | David D. Cleary |

**NOTICE OF MOTION**

TO**:** See attached list

PLEASE TAKE NOTICE that on June 6, 2022 at 2 PM, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present the motion of Jeffrey and Harriet Schwartz to modify their Chapter 13 Plan, a copy of which is attached

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**.  The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

By: */s/ Dale Allen Riley*
Dale Allen Riley
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | | |
|---|---|---|---|---|
| **In Re:** | ) | **Case No:** | **19-06979** |
| Jeffrey Schwartz | ) | | |
| Harriett Wendy Schwartz | ) | **Chapter:** | **Chapter 13** |
| | ) | | |
| **Debtors** | ) | **Judge:** | **David D. Cleary** |

**CERTIFICATE OF SERVICE**

I, Dale Allen Riley, hereby certify that I served a copy of this notice along with the aforementioned document upon the listed parties, by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on May 16, 2022 at 12:40 PM**.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **19-06979** |
|    **Jeffrey Schwartz** | ) | | |
|    **Harriett Wendy Schwartz** | ) | **Chapter:** | **Chapter 13** |
| | ) | | |
|                  **Debtors** | ) | **Judge:** | **David D. Cleary** |

**LIST OF PARTIES SERVED**

Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Jeffrey Donald SchwartzHarriett Wendy Schwartz, 1121 Little Falls Dr , Elgin, IL 60120

[See attached list]

Rec No. 811444
WD - NOTICE OF MOTION ZOOM

Advocate Medical Group
C/O State Collection Service
PO Box 6250
Madison WI 53716-0250

AMEX
Attn: Bankruptcy Dept.
Po Box 297871
Fort Lauderdale FL 33329

Associates in Psychiatry and Counseling
C/o Merchants Credit Guide Co.
223 W. Jackson Blvd., Ste. 900
Chicago IL 60606

Bayview Financial LOAN
Attn: Bankruptcy Dept.
4425 Ponce De Leon Blvd
Coral Gables FL 33146

Clerk, Chancery
18 CH 15032
50 W. Washington St., Room 802
Chicago IL 60602

Wirbicki Law
Bankruptcy Dept.
33 W. Monroe, #1140
Chicago IL 60603

Bright Light Medical Imaging
Billing Department
31 S Arlington Heights Rd
Elk Grove Village IL 60007

Cabelas Club
C/O Portfolio Recovery Assoc.
120 Corporate Blvd., Ste. 100
Norfolk VA 23502

Capital One
Bankruptcy Dept.
PO Box 30285
Salt Lake City UT 84130

CAP1/Bstby
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa IL 60045

Capital ONE N.A.
C/O Midland Funding
2365 Northside Dr Ste 30
San Diego CA 92108

Capital ONE, N.A.
Attn: Bankruptcy Dept.
Po Box 26625
Richmond VA 23261

Cavalry Portfolio SPV I
Bankruptcy Dept
PO Box 1030
Hawthorne NY 10532

Clerk, Third Mun Div
19 M3 000618
2121 Euclid Ave #121
Rolling Meadows IL 60008

Keith Scott Schindler
Bankruptcy Dept.
1990 E. Algonquin, #180
Schaumburg IL 60173

CEP America Illinois LLP
C/O Wakefield & Associates
PO Box 59003
Knoxville TN 37950

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington DE 19850

MRS Associates of New Jersey
Bankruptcy Dept.
1930 Olney Ave.
Cherry Hill NJ 08003

Chase MTG
Attn: Bankruptcy Dept.
Po Box 24696
Columbus OH 43224

CITI
Attn: Bankruptcy Dept.
Po Box 6190
Sioux Falls SD 57117

Comenitybank/Meijer
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington DE 19850

Elgin Internal Medical Associates
C/O Merchants Credit Guide Co.
223 W. Jackson Blvd., Ste. 900
Chicago IL 60606

Elgin Internal Medical Associates
745 Fletcher Dr
Elgin IL 60123

Exxnmobil/CBNA
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls SD 57117

HSBC BANK Nevada N.A.
C/O JH Portfolio DEBT EQUI
5757 Phantom Dr Ste 225
Hazelwood MO 63042

Illinois Gastro Enterology Group
C/O Keynote Consulting
220 W Campus Drive # 102
Arlington Heights IL 60004

LANE BRYANT RETAIL/SOA
Attn: Bankruptcy Dept.
450 Winks Ln
Bensalem PA 19020

Midland Funding, LLC
Bankruptcy Department
8875 Aero Drive, # 200
San Diego CA 92123

Clerk, Third Mun Div
18 M3 007678
2121 Euclid Ave #121
Rolling Meadows IL 60008

Blitt and Gaines, PC
Bankruptcy Dept.
661 Glenn Ave.
Wheeling IL 60090

Midwest Bone and Joint
C/O ATG Credit, LLC
PO Box 14895
Chicago IL 60614

Portfolio Recovery Assoc.
Riverside Commerce Center
120 Corporate Blvd., Ste. 100
Norfolk VA 23502

Clerk, Third Mun Div
19 M3 000539
2121 Euclid Ave #121
Rolling Meadows IL 60008

Blitt and Gaines, PC
Bankruptcy Dept.
661 Glenn Ave.
Wheeling IL 60090

Quest Diagnostics
C/O Credit Collection Services
PO Box 55126
Boston MA 02205

Quest Diagnostics
Attn: Bankruptcy Dept
PO Box 740397
Cincinnati OH 45274

Syncb/ASHLEY HOMESTORE
Attn: Bankruptcy Dept.
950 Forrer Blvd
Kettering OH 45420

Syncb/BP DC
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

Syncb/CAR CARE DISC TI
Attn: Bankruptcy Dept.
Po Box 965036
Orlando FL 32896

Syncb/HOME SHOPPING
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

Syncb/JTV
Attn: Bankruptcy Dept.
Po Box 965036
Orlando FL 32896

Syncb/SAMS CLUB DC
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

Syncb/SCORE REWARDS DC
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

Synchrony BANK
C/O Portfolio Recov Assoc
120 Corporate Blvd Ste 1
Norfolk VA 23502

Synchrony BANK
C/O Midland Funding
2365 Northside Dr Ste 30
San Diego CA 92108

Synchrony BANK
C/O Cavalry Portfolio SERV
Po Box 27288
Tempe AZ 85285

TD BANK USA/Targetcred
Attn: Bankruptcy Dept.
Po Box 673
Minneapolis MN 55440

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No: | 19-06979 |
|    Jeffrey Schwartz ) | | |
|    Harriett Wendy Schwartz ) | Chapter: | Chapter 13 |
|    Debtors ) | | |
| ) | Judge: | David D. Cleary |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COME the Debtors, Jeffrey & Harriett Schwartz (the "Debtors"), by and through their attorneys, Geraci Law L.L.C., to present their **MOTION TO MODIFY CONFIRMED PLAN,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtors filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 03/13/2019.

3. The Debtors' plan was confirmed by the Court on 6/10/2019 with a requirement that the Debtors tender income tax refunds in excess of $1,200 to the Chapter 13 Trustee as additional plan payments.

4. The Debtors have accrued a default to the Chapter 13 Trustee resulting from two separate events: They have yet to tender the overage from their 2021 income tax refund of $1,782 that they are by default supposed to tender to the Trustee and Mr. Schwartz's employer inexplicably stopped deducting payroll control payments for the Chapter 13 Trustee from mid-January until late April of 2022.

5. Mr. Schwartz's employer has resumed ongoing payroll deductions for the payments but the Debtors have advised that they are unable to fully cure the remaining default. Although they believe that they can have just shy of one month's payment for the Chapter 13 Trustee as a

    direct payment, that would leave approximately $2,840 of remaining arrears at the time of this motion's presentment, 6/6/2022.

6. This would total the amount due under the tax refund order along with just under 2 months' regular plan payments.

7. The Debtors have advised that the money from their tax refund is necessary due to refrigerator and freezer repairs. They have tendered to their attorneys receipts which appear to total $820 in recent direct payments and have further advised that they spent approximately $550 out-of-pocket for special shoes and braces for Mrs. Schwartz related to her diabetes, though no receipts are yet available. See attached Exhibit A for repair receipts.

8. These items total $1,370, slightly more than the $1,200 carve-out for the Debtors' 2021 income tax refund. If $170 of the current default were waived and the Debtors otherwise pay in the $578 that they hope to have for the Trustee in direct payments that would leave approximately $2,670 remaining in monetary default.

9. This amount, representing approximately 4 months' total payments, could be spread over the remainder of the Chapter 13 Plan term if the ongoing plan payments were increased to $745 per month.

WHEREFORE THE DEBTORS, Jeffrey & Harriet Schwartz, respectfully request this Honorable Court enter an order:

1. Waiving $170 of the pending default to the Chapter 13 Trustee,

2. Increasing ongoing plan payments to $745,

3. Deferring arrears to the end of the plan term,

4. Stating that The Chapter 13 Plan base shall be set at $41,698, and

5. For any other relief the court deems proper.


                    **By:** _____/s/ Dale Allen Riley__
                              Dale Allen Riley

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph): 312.332.1800 (Fax): 877.247.1960