UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )   BK No.:  19-06979
Jeffrey Schwartz )
Harriett Schwartz )   Chapter: 13
)   Honorable David D. Cleary
)
)
)
Debtor(s) )

## Order Modifying Plan

This matter coming to be heard on the Debtors' Motion to Modify Plan, this Court having jurisdiction with all parties in interest being given proper notice, it is hereby ordered that the Debtors' Chapter 13 Plan is modified as follows:

1. Ongoing monthly plan payments are increased to $745.

2. The default to the Chapter 13 Trustee is deferred.

3. The Chapter 13 Plan base shall be set at $41,868.


Enter:   /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  June 27, 2022

**Prepared by:**

Dale A. Riley
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603