**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE: Jeffrey Donald Schwartz | ) | Chapter 13 |
| Harriett Wendy Schwartz | ) | Case No. 19 B 06979 |
| Debtor(s) | ) | Judge David D. Cleary |

### Notice of Motion

Jeffrey Donald Schwartz
Harriett Wendy Schwartz
1121 Little Falls Dr
Elgin, IL  60120

Debtor Attorney: Geraci Law L.L.C.
via Clerk's ECF noticing procedures

On October 17, 2022 at 1:00 pm, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, and present this motion, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

   **To appear by video**, use this link: <https://www.zoomgov.com/>. Then enter the meeting ID and password.

   **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

   **Meeting ID and password.** The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, October 5, 2022.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:  Jeffrey Donald Schwartz            )   Chapter 13
        Harriett Wendy Schwartz            )   Case No. 19 B 06979
        Debtor(s)                          )   Judge David D. Cleary

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c][6], stating:

On March 13, 2019, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on June 10, 2019, for a term of 60 months with payments of $745.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 43 | $26,049.50 | $23,814.50 | $2,235.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/04/2022
Due Each Month: $745.00
Next Pymt Due: 10/12/2022

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 10/15/2021 | .Y NETWORK | $289.00 | 10/29/2021 | .Y NETWORK | $289.00 |
| 11/15/2021 | .Y NETWORK | $289.00 | 11/29/2021 | .Y NETWORK | $289.00 |
| 12/10/2021 | .Y NETWORK | $289.00 | 12/24/2021 | .Y NETWORK | $289.00 |
| 01/06/2022 | .Y NETWORK | $289.00 | 04/29/2022 | .Y NETWORK | $289.00 |
| 05/13/2022 | .Y NETWORK | $289.00 | 05/27/2022 | .Y NETWORK | $289.00 |
| 06/10/2022 | .Y NETWORK | $289.00 | 06/24/2022 | .Y NETWORK | $289.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300