**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 19-06979 |
| Jeffrey Schwartz | ) | | |
| Harriett Wendy Schwartz | ) | Chapter: | Chapter 13 |
| | ) | | |
| Debtors | ) | Judge: | David D. Cleary |

**NOTICE OF MOTION**

TO**:** See attached list

PLEASE TAKE NOTICE that on November 21, 2022 at 2 PM, I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, **either** in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL 60604, **or** electronically as described below, and present the motion of Jeffrey & Harriett Schwartz to modify their Chapter 13 plan and shorten notice, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically be video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode**. The meeting ID for this hearing is 161 122 6457 and the passcode is Cleary644. The meeting ID and passcode can also be found on the judge's page on the court's website.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: */s/ Dale Allen Riley*
_____
Dale Allen Riley
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

Rec No. 811444
WD - NOTICE OF MOTION HYBRID

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **19-06979** |
| **Jeffrey Schwartz** | ) | | |
| **Harriett Wendy Schwartz** | ) | **Chapter:** | **Chapter 13** |
| | ) | | |
| **Debtors** | ) | **Judge:** | **David D. Cleary** |

**CERTIFICATE OF SERVICE**

I, Dale Allen Riley, hereby certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list by causing the same to be mailed in a properly addressed envelope, postage prepaid, from 55 E. Monroe, Suite 3400, Chicago, Illinois, on November 15, 2022 at 10:22 AM.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **In Re:** | ) | **Case No:** | **19-06979** |
| **Jeffrey Schwartz** | ) | | |
| **Harriett Wendy Schwartz** | ) | **Chapter:** | **Chapter 13** |
| | ) | | |
| **Debtors** | ) | **Judge:** | **David D. Cleary** |

## LIST OF PARTIES SERVED

Marilyn O. Marshall, 224 S. Michigan Ave. #800 , Chicago, IL 60604

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Jeffrey Donald SchwartzHarriett Wendy Schwartz, 1121 Little Falls Dr , Elgin, IL 60120

See attached list

Rec No. 811444
WD - NOTICE OF MOTION HYBRID

Advocate Medical Group
C/O State Collection Service
PO Box 6250
Madison WI 53716-0250

AMEX
Attn: Bankruptcy Dept.
Po Box 297871
Fort Lauderdale FL 33329

Associates in Psychiatry and Counseling
C/o Merchants Credit Guide Co.
223 W. Jackson Blvd., Ste. 900
Chicago IL 60606

Bayview Financial LOAN
Attn: Bankruptcy Dept.
4425 Ponce De Leon Blvd
Coral Gables FL 33146

Clerk, Chancery
18 CH 15032
50 W. Washington St., Room 802
Chicago IL 60602

Wirbicki Law
Bankruptcy Dept.
33 W. Monroe, #1140
Chicago IL 60603

Bright Light Medical Imaging
Billing Department
31 S Arlington Heights Rd
Elk Grove Village IL 60007

Cabelas Club
C/O Portfolio Recovery Assoc.
120 Corporate Blvd., Ste. 100
Norfolk VA 23502

Capital One
Bankruptcy Dept.
PO Box 30285
Salt Lake City UT 84130

CAP1/Bstby
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa IL 60045

Capital ONE N.A.
C/O Midland Funding
2365 Northside Dr Ste 30
San Diego CA 92108

Capital ONE, N.A.
Attn: Bankruptcy Dept.
Po Box 26625
Richmond VA 23261

Cavalry Portfolio SPV I
Bankruptcy Dept
PO Box 1030
Hawthorne NY 10532

Clerk, Third Mun Div
19 M3 000618
2121 Euclid Ave #121
Rolling Meadows IL 60008

Keith Scott Schindler
Bankruptcy Dept.
1990 E. Algonquin, #180
Schaumburg IL 60173

CEP America Illinois LLP
C/O Wakefield & Associates
PO Box 59003
Knoxville TN 37950

Chase CARD
Attn: Bankruptcy Dept.
Po Box 15298
Wilmington DE 19850

MRS Associates of New Jersey
Bankruptcy Dept.
1930 Olney Ave.
Cherry Hill NJ 08003

Chase MTG
Attn: Bankruptcy Dept.
Po Box 24696
Columbus OH 43224

CITI
Attn: Bankruptcy Dept.
Po Box 6190
Sioux Falls SD 57117

Comenitybank/Meijer
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington DE 19850

Elgin Internal Medical Associates
C/O Merchants Credit Guide Co.
223 W. Jackson Blvd., Ste. 900
Chicago IL 60606

Elgin Internal Medical Associates
745 Fletcher Dr
Elgin IL 60123

Exxnmobil/CBNA
Attn: Bankruptcy Dept.
Po Box 6497
Sioux Falls SD 57117

HSBC BANK Nevada N.A.
C/O JH Portfolio DEBT EQUI
5757 Phantom Dr Ste 225
Hazelwood MO 63042

Illinois Gastro Enterology Group
C/O Keynote Consulting
220 W Campus Drive # 102
Arlington Heights IL 60004

LANE BRYANT RETAIL/SOA
Attn: Bankruptcy Dept.
450 Winks Ln
Bensalem PA 19020

Midland Funding, LLC
Bankruptcy Department
8875 Aero Drive, # 200
San Diego CA 92123

Clerk, Third Mun Div
18 M3 007678
2121 Euclid Ave #121
Rolling Meadows IL 60008

Blitt and Gaines, PC
Bankruptcy Dept.
661 Glenn Ave.
Wheeling IL 60090

Midwest Bone and Joint
C/O ATG Credit, LLC
PO Box 14895
Chicago IL 60614

Portfolio Recovery Assoc.
Riverside Commerce Center
120 Corporate Blvd., Ste. 100
Norfolk VA 23502

Clerk, Third Mun Div
19 M3 000539
2121 Euclid Ave #121
Rolling Meadows IL 60008

Blitt and Gaines, PC
Bankruptcy Dept.
661 Glenn Ave.
Wheeling IL 60090

Quest Diagnostics
C/O Credit Collection Services
PO Box 55126
Boston MA 02205

Quest Diagnostics
Attn: Bankruptcy Dept
PO Box 740397
Cincinnati OH 45274

Syncb/ASHLEY HOMESTORE
Attn: Bankruptcy Dept.
950 Forrer Blvd
Kettering OH 45420

Syncb/BP DC
Attn: Bankruptcy Dept.
Po Box 965024
Orlando FL 32896

Syncb/CAR CARE DISC TI
Attn: Bankruptcy Dept.
Po Box 965036
Orlando FL 32896

Syncb/HOME SHOPPING
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

Syncb/JTV
Attn: Bankruptcy Dept.
Po Box 965036
Orlando FL 32896

Syncb/SAMS CLUB DC
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

Syncb/SCORE REWARDS DC
Attn: Bankruptcy Dept.
Po Box 965005
Orlando FL 32896

Synchrony BANK
C/O Portfolio Recov Assoc
120 Corporate Blvd Ste 1
Norfolk VA 23502

Synchrony BANK
C/O Midland Funding
2365 Northside Dr Ste 30
San Diego CA 92108

Synchrony BANK
C/O Cavalry Portfolio SERV
Po Box 27288
Tempe AZ 85285

TD BANK USA/Targetcred
Attn: Bankruptcy Dept.
Po Box 673
Minneapolis MN 55440

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No: | 19-06979 |
| --- | --- | --- | --- |
| Jeffrey Schwartz | ) | | |
| Harriett Wendy Schwartz | ) | Chapter: | Chapter 13 |
| Debtors | ) | | |
| | ) | Judge: | David D. Cleary |

### MOTION TO MODIFY CONFIRMED PLAN AND SHORTEN NOTICE

NOW COME the Debtors, Jeffrey & Harriett Schwartz (the "Debtors"), by and through their attorneys, Geraci Law L.L.C., to present their **MOTION TO MODIFY CONFIRMED PLAN AND SHORTEN NOTICE,** and state as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtors filed their Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 03/13/2019.

3. The Debtors' plan was confirmed by the Court on 6/10/2022.

4. The Debtors fell behind on their Chapter 13 payments because Mr. Schwartz stopped working at his prior employer in June of 2022 and only recently became re-employed with Shell, with his first paystub dated 9/16/2022.

5. The Debtors fell behind on their Chapter 13 Plan payments as well as regular household expenses during this time and are unable to cure the accrued default in plan payments.

6. Based on Mr. Schwartz's higher income at the new job the Debtors appear able to afford a plan payment of $745 per month to the Trustee going forward, even if Mr. Schwartz is unable to maintain any overtime at the new job. See attached Exhibit A for an updated Schedule I & J, assuming no overtime given the potential complications from Mrs. Schwartz's ongoing health issues.

7. The Debtors respectfully request that this Court defer their pending default, allowing them to repay their accrued default to the Trustee by maintaining ongoing plan payments at $745 per month.

8. Because this Court has a hearing set as a final date for presentment of a motion to modify plan on 11/21/2022 the Debtors respectfully request that this Court hear their motion on shortened notice.

WHEREFORE THE DEBTORS, Jeffrey & Harriett Schwartz, respectfully request this Honorable Court enter an order:

1. Deferring arrears to the end of the plan term,

2. Shortening notice to that given, and

3. For any other relief the court deems proper.

**By:** ____/s/ Dale Allen Riley__
Dale Allen Riley

**Attorneys for the Debtors**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):  877.247.1960